Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard Wilson, | ) Case No. |
| | ) |
| Plaintiff, | ) **COMPLAINT AND TRIAL BY JURY** |
| | ) **DEMAND** |
| vs. | ) |
| | ) |
| Fulton, Friedman & Gullace, LLP | ) |
| and Asset Acceptance, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NATURE OF ACTION

1. This is an action brought under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*.

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3. Venue is proper before this Court pursuant to 28 U.S.C. §1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, where Plaintiff resides in this district, and/or where Defendants' transact business in this district.

Complaint - 1

## PARTIES

4. Plaintiff, Richard Wilson ("Plaintiff"), is a natural person who at all relevant times resided in the State of Arizona, County of Maricopa, and City of Chandler.

5. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1692a(3).

6. Defendant, Fulton, Friedman & Gullace, LLP("FF&G") is an entity which all relevant times was engaged, by use of the mails and telephone, in the business of attempting to collect a "debt" from Plaintiff, as defined by 15 U.S.C. §1692a(5).

7. FF&G is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

8. Defendant, Asset Acceptance, LLC, ("ASSET") is an entity who acquires debt in default merely for collection purposes, and who at all relevant times was engaged in the business of attempting to collect a debt from Plaintiff.

9. ASSET is a "debt collector" as defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

10. Plaintiff is a natural person obligated, or allegedly obligated, to pay a debt owed or due, or asserted to be owed or due a creditor other than FF&G.

11. Plaintiff's obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than FF&G, arises from a transaction in which the money, property, insurance, or services that are the subject of the transaction were incurred primarily for personal, family, or household purposes.

12. Plaintiff incurred the obligation, or alleged obligation, owed or due, or asserted to be owed or due a creditor other than FF&G.

13. FF&G uses instrumentalities of interstate commerce or the mails in a business the principal purpose of which is the collection of any debts, and/or regularly collects or attempts to collect, directly or indirectly, debts owed or due, or asserted to be owed or due another.

14. ASSET purchases debts once owed or once due, or asserted to be once owed or once due a creditor.

15. ASSET acquired Plaintiff's debt once owed or once due, or asserted to be once owed or once due a creditor, when the debt was in default.

16. ASSET is thoroughly enmeshed in the debt collection business, and ASSET is a significant participant in FF&G's debt collection process.

17. In connection with collection of an alleged debt in default, Defendant Fulton, Friedman & Gullace, LLP ("FF&G"), itself and on behalf of Defendant Asset Acceptance, LLC ("Asset"), caused a complaint to be filed against Plaintiff in Pinal County, Arizona on December 30, 2011.

18. In Defendants' complaint against Plaintiff, Defendant FF&G, itself and on behalf of Defendant Asset, stated, in relevant part, as follows:

> "Upon information and belief, Defendant(s) RICHARD R WILSON is a resident of PINAL County, Arizona and at all times material hereto Defendant(s) RICHARD R WILSON and JANE/JOHN DOE WILSON, were acting on behalf of and for the benefit of the marital community, if any. The true name of JANE/JOHN DOE WILSON is unknown to Plaintiff at this time. Plaintiff will amend its pleadings as soon as it learns his/her true name."

19. In fact, Plaintiff has been a resident of Maricopa County, Arizona since August 2011, when he moved to 1600 N. Saba Street, Chandler, AZ 85225.

Complaint - 3

20. Additionally, in 2005, when the alleged debt that is the subject of Defendant's lawsuit changed its account number, Plaintiff was a resident of Maricopa County, Arizona, residing at 3440 E. Southern Ave., Mesa, AZ 85204.

21. Further, in 2000, when the alleged debt was incurred, that is the subject of Defendant's lawsuit, Plaintiff was a resident of Maricopa County, Arizona, residing at 5258 E. Hilton Ave., Mesa, AZ 85206.

22. Plaintiff did not sign the contract creating the alleged debt that is the subject of Defendant's lawsuit in Pinal County, Arizona.

23. Defendant's actions in filing a lawsuit against Plaintiff in the wrong county caused Plaintiff to incur the expense of hiring counsel to defend the suit, including extra expenses solely based on the wrong county filing.

24. Defendants' actions constitute conduct highly offensive to a reasonable person.

**COUNT I**
**VIOLATIONS OF 15 U.S.C. § 1692e(10)**
**DEFENDANT FF&G**

25. Plaintiff repeats and re-alleges each and every allegation above.

26. Defendant FF&G 15 U.S.C. § 1692e(10) by using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

    a) Adjudging that FF&G violated 15 U.S.C. § 1692e(10);

    b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

Complaint - 4

    c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

    d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

    e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

    f) Awarding such other and further relief as the Court may deem just and proper.

## COUNT II
## VIOLATIONS OF 15 U.S.C. § 1692e(10)
## DEFENDANT ASSET

27. Plaintiff repeats and re-alleges each and every allegation above.

28. Defendant FF&G 15 U.S.C. § 1692e(10) by using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff.

29. Defendant ASSET, by virtue of its status as a "debt collector" under the FDCPA, is liable for actions of Defendant FF&G, the debt collector it hired to collect an alleged debt from Plaintiff on its behalf.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

    a) Adjudging that ASSET violated 15 U.S.C. § 1692e(10);

    b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

    c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

    d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

## COUNT III
## VIOLATIONS OF 15 U.S.C. § 1692i(a)(2)
## DEFENDANT FF&G

30. Plaintiff repeats and re-alleges each and every allegation above.

31. Defendant FF&G violated 15 U.S.C. § 1692i(a)(2) by bringing a legal action against Plaintiff on a debt in a judicial district other than the judicial district where Plaintiff signed the contract sued upon or the judicial district in which Plaintiff resided at the commencement of the action

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that FF&G violated 15 U.S.C. § 1692i(a)(2);

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

**COUNT IV**
**VIOLATIONS OF 15 U.S.C. § 1692i(a)(2)**
**DEFENDANT ASSET**

32. Plaintiff repeats and re-alleges each and every allegation above.

33. Defendant FF&G violated 15 U.S.C. § 1692i(a)(2) by bringing a legal action against Plaintiff on a debt in a judicial district other than the judicial district where Plaintiff signed the contract sued upon or the judicial district in which Plaintiff resided at the commencement of the action.

34. Defendant ASSET, by virtue of its status as a "debt collector" under the FDCPA, is liable for actions of Defendant FF&G, the debt collector it hired to collect an alleged debt from Plaintiff on its behalf.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that ASSET violated 15 U.S.C. § 1692i(a)(2);

b) Awarding Plaintiff statutory damages, pursuant to 15 U.S.C. §1692k, in the amount of $1,000.00;

c) Awarding Plaintiff actual damages, pursuant to 15 U.S.C. §1692k;

d) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action;

e) Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law;

f) Awarding such other and further relief as the Court may deem just and proper.

## TRIAL BY JURY

35.   Plaintiff is entitled to and hereby demands a trial by jury.

Respectfully submitted this 18th day of April, 2012

> By: s/ Marshall Meyers
> Marshall Meyers (020584)
> WEISBERG & MEYERS, LLC
> 5025 North Central Ave., #602
> Phoenix, AZ 85012
> 602 445 9819
> 866 565 1327 facsimile
> mmeyers@AttorneysForConsumers.com
> Attorney for Plaintiff